Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re SCHOTT Gemtron Corporation v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: SCHOTT Gemtron Corporation
                                   Name of party

I am, or the party I represent is (select one):

[✓] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Marshall J. Schmitt |
| Law firm: | Michael Best & Friedrich LLP |
| Address: | Two Prudential Plaza, 180 North Stetson Ave., Suite 2000 |
| City, State and ZIP: | Chicago, Illinois 60601 |
| Telephone: | 312-596-5828 |
| Fax #: | 312-222-0818 |
| E-mail address: | mjschmitt@michaelbest.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 27, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| April 6, 2015 | /s/ Marshall J. Schmitt |
| Date | Signature of pro se or counsel |

cc: Office of the Solicitor, USPTO; Nate Dilger (counsel for SSW)

123